**Order filed October 27, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00426-CV
_____

## IN RE IBH INVESTMENTS LLC AND SHARON LESHIKAR, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
400th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCV-221958**

## ORDER

On May 11, 2015, relators IBH Investments LLC and Sharon Leshikar filed a petition for writ of mandamus in this court. On June 26, 2015, relators filed a letter with this court stating that the parties had settled the underlying suit and that a motion to dismiss had been filed with the trial court.

On July 7, 2015, this court issued an order abating this case until September 7, 2015, or at such time as either party files a motion to dismiss the original proceeding or supplements the mandamus record to include the trial court's order dismissing the underlying suit. The parties have not taken any further action in this case.

Accordingly, we issue the following order.

Within ten days of this order, relators shall file a letter or motion advising this court as to whether relators request this court to proceed with or abate this mandamus proceeding, or to dismiss their petition for writ of mandamus. Should relators fail to comply with this order, the court will dismiss relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.